Cause No. # 11-01087-CRF-85-A,B

86,533-01
-02

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 27 2017

Abel Acosta, Clerk

Hon. Abel Acosta, Clerk
Court of Criminal Appeals
P.O. Box 12308
Austin, Texas 78711

March 22, 2017

Re: ReQuest of Records (states) Cause No. 11-01087-CRF-85-A.B
Assistant District Attorney Rashmin J. Asher

Dear Clerk:

Comes now Melvin Frederick Auston Sr. in the above styled Cause request this Honorable court to allow defendant to review the State of Brazos County District Attorney's exhibits (said Index Clerk's Docket Sheet) #6 Indictment; #7-8 Affidavit for Warrant of Arrest and Assualt charge; #10 Order on motion for continuance; #11, 12-16 #17-23, #24-30. Again, all these are false of records, these instruments are being used without defendants consent. a closer review will show that the State use defendants son (Jr.) convictions to intermidates defendant into copping-out or else recieve 40 years.

Again Thank You for Your time; and Please, may the Honorable Court send defendant said Copy's, docket sheet, and any other Pleadings.

Notice:
Let the records reflicts that the State never sent defendant these asked reQuestment.

Sincerely
x Melvin F Auston
Melvin F. Auston #1799201
Estelle Unit
264 FM 3478
Huntsville, Texas 77320

CC: 3-22-2017